# IN THE SUPREME COURT OF TEXAS

### Misc. Docket No. 14 - 9163

## RETRANSFER OF CASE
## FROM THE SEVENTH COURT OF APPEALS
## TO THE FOURTH COURT OF APPEALS

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby retransferred from the Court of Appeals for the Seventh District, Amarillo, Texas, to the Court of Appeals for the Fourth District, San Antonio, Texas.

Case No. 07-14-00264-CV
*Thomas H. Veitch and Anne Veitch*
*v. Flagship Homes, LTD. d/b/a Prestige Homes*

The Seventh Court of Appeals will make the necessary order for the retransfer of the case directed hereby, and will cause the Clerk of that Court to retransfer the original transcripts and all filed papers in the case, and verify all Orders made, to the Fourth Court of Appeals. Upon completion of the retransfer, the Seventh Court of Appeals shall provide notice of the retransfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 14th day of August, 2014.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS